7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Theodore Ray Knox, Jr.
*Debtor*

*Bankruptcy Case No.*
14−42871−can7

**Emily Kennon**
    Plaintiff(s)

*Adversary Case No.*
14−04143−can

v.

**Theodore Ray Knox**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that there is no genuine issue as to any material fact and that Plaintiff is entitled to judgment as a matter of law.
IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Subject Debt is in the nature of alimony, maintenance, or support of Plaintiff, and is a domestic support obligation as defined by 11 U.S.C. § 101(14A).
IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Subject Debt owed to Plaintiff is non−dischargeable pursuant to 11 U.S.C §523(a)(5).

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 3/17/15

Court to serve